

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number: 01-14-00332-CR

Trial Court Cause
Number: 1386629

Style: Derrick Lee Thomas

**v** The State of Texas

Date motion filed*: September 4, 2014

Type of motion: Motion for Extension

Party filing motion: Appellant

Document to be filed: Brief

Is appeal accelerated? ☐ Yes   ☒ No

If motion to extend time:

    Original due date: May 19, 2014

    Number of previous extensions granted: 1

    Date Requested: October 5, 2014

Ordered that motion is:

    ☒  Granted

        If document is to be filed, document due:  October 6, 2014

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☒ The Court will not grant additional motions to extend time.

    ☐  Denied

    ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐  Other: _____

Judge's signature: /s/ Terry Jennings
          ☒ Acting individually     ☐ Acting for the Court

Date: September 9, 2014